USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
SURREY PROPCO LLC,

                Plaintiff,

-against-                                       21-CV-8616 (LAK)

DENIHAN OWNERSHIP COMPANY, LLC,

                Defendant(s)
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In light of today's video conference with counsel, the defendant's application to stay discovery (Dkt. 32) pending determination of its Rule 12 motion (Dkt. 26) is GRANTED.

        SO ORDERED.

Dated:      May 3, 2022

                                                                         /s/ LAK

                                                       Lewis A. Kaplan
                                                  United States District Judge