**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SURREY PROPCO LLC,

                Plaintiff,

-against-                                21 **CIVIL** 8616 (LAK)

**JUDGMENT**

DENIHAN OWNERSHIP COMPANY, LLC,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated July 13, 2022, Denihan's motion to dismiss the complaint is GRANTED in all respects, the first two causes of action for failure to state a claim upon which relief may be granted and the third for lack of subject matter jurisdiction pursuant to Rule 12(b)(I). Denihan's counterclaim is dismissed on the Court's own motion; accordingly, the case is closed.

**Dated:**  New York, New York

      July 14, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**
                            **BY:**  *K. Mango*

                                                               **Deputy Clerk**